UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BBG, LTD., a California corporation, | No. 3:12-CV-4761 SI (NJV) |
| Plaintiff, | ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| ROKA AKOR, LLC, a Delaware limited liability company, et al., | |
| Defendants. | |

Due to a scheduling conflict, the settlement conference set in this case for March 7, 2013, is HEREBY CONTINUED to March 26, 2013, at 2:00 pm. in Courtroom 17. All other details of the settlement conference remain unaltered.

Dated: February 27, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge