TERRY CARLSON (SBN 60753)
ATTORNEY AT LAW
1703 Fifth Avenue
San Rafael, CA 94901
Telephone:   (415) 459-1850
Facsimile:   (415) 459-3852
Email:   terry@terrycarlsonlaw.com

Attorneys for Plaintiff
BBG, Ltd.

JEFFREY T. MAKOFF (SBN 120004)
MARIO R. NICHOLAS (SBN 273122)
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone:   (415) 986-8001
Facsimile:   (415) 986-8003
Email:   jmakoff@vallemakoff.com

Attorneys for Defendants
Roka Akor San Francisco, LLC and
JNK Concepts, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BBG, LTD., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROKA AKOR SAN FRANCISCO, LLC, a Delaware limited liability company; JNK CONCEPTS, LLC, a Delaware limited liability company; and DOES 1 to 100,<br><br>　　　　　　　Defendants. | Case No. C 12-4761 SI<br><br>**STIPULATION AND ORDER REGARDING CONTINUATION OF EARLY SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

   This stipulation is entered into by and between Plaintiff BBG, Ltd. ("Plaintiff" or "BBG") and Defendants Roka Akor San Francisco, LLC ("Roka Akor") and JNK Concepts, LLC ("JNK Concepts," collectively with Roka Akor, "Defendants").

   WHEREAS, on January 16, 2013 Judge Susan Illston referred the case to a magistrate judge for an early settlement conference and ordered that the settlement conference "shall occur in March 2013" (see Doc# 21);

   WHEREAS, the case was referred to Magistrate Judge Nandor J. Vadas for settlement purposes and a settlement conference was scheduled for March 7, 2013 at 10:00 a.m. and then re-scheduled to April 12, 2013, at 1:00 p.m. ;

   WHEREAS, on April 10, 2013 Judge Vadas continued the settlement conference from April 12, 2013 to May 16, 2013 due to a personal tragedy occurring with respect to Plaintiff's principal which prevented him from attending the Settlement Conference on April 12, 2013;

   WHEREAS, on April 10, 2013 counsel for the parties participated in a conference call with Judge Vadas to continue the settlement conference, due to plaintiff's unavailability, from April 12, 2013 to May 16, 2013;

   WHEREAS, a Case Management Conference is currently scheduled in Department 10 on April 19, 2013, with an additional Joint Case Management Conference Statement due to the Court on April 12, 2013

   WHEREAS, the parties agreed to reschedule the settlement conference and the case management conference, and respectfully submit the below stipulation.

   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, that

  1. The early settlement conference shall be held on May 16, 2013 at 10:00 a.m., in a courtroom to be decided at 450 Golden Gate Avenue, San Francisco, California.

1

STIPULATION AND ORDER REGARDING CONTINUATION OF EARLY SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE

2. The Case Management Conference may be continued to a date after May 16, 2013, to report to the Court on the results of the Magistrate's Early Settlement Conference now being scheduled for that date.

Dated: April 10, 2013.

TERRY CARLSON

By: /s/ Terry Carlson
Terry Carlson
Attorneys for Plaintiff
BBG, Ltd.

VALLE MAKOFF LLP

By: /s/ Mario Nicholas
Mario Nicholas
Attorneys for Defendants
Roka Akor San Francisco, LLC and
JNK Concepts, LLC

ORDER

THE CONTINUANCE OF THE EARLY SETTLEMENT CONFERENCE IS SO ORDERED TO BE HELD ON MAY 16, 2013.

THE CASE MANAGEMENT CONFERENCE NOW SCHEDULED FOR APRIL 19, 2013, SHALL BE CONTINUED TO June 21, 2013, AT 3 P.M. IN DEPARTMENT 10. THE PARTIES SHALL SUBMIT A JOINT CASE MANAGEMENT CONFERENCE STATEMENT TO THE COURT BY _____, 2013.

Dated: 4/15/13

/s/ Susan Illston
Hon. Susan Illston
Judge of the Superior Court

2

STIPULATION AND ORDER REGARDING CONTINUATION OF EARLY SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE